1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDY ALVAREZ, by and through his Guardian Ad Litem, LOIDA BRAVo, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF LOS ANGELES; ESTOBAN AGUILAR; MICHAEL PATTERSON; DOES 3 through 10, inclusive. <br><br> Defendants. | CASE NO. CV 20-04812 MRW <br> Hon Judge Michael R. Wilner <br> Roybal "550" <br><br><br> **ORDER OF DISMISSAL OF DEFENDANTS WITH PREJUDICE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Based upon the foregoing stipulation of Plaintiff FREDY ALVAREZ, by and through his Guardian Ad Litem, LOIDA BRAVO, ("Plaintiff") and Defendants CITY OF LOS ANGELES, ESTOBAN AGUILAR and MICHAEL PATTERSON ("Defendants"), the complete action against Defendants is hereby DISMISSED WITH PREJUDICE.

Each party will bear their own costs. Therefore, this stipulation and dismissal completely terminates the above-entitled action against all Defendants with prejudice.

**IT IS SO ORDERED:**

DATED: 11/22/2021

_____
**HON. MICHAEL R. WILNER**
**United States Magistrate Judge**